IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



Comment:

**EXHIBIT**

**2**

VERIZON FLORIDA INC.,          :
                               :    Case No. C2 02 923
                    Plaintiff, :
                               :    U. S. District Judge Marbley
        v.                     :
                               :    U. S. Magistrate Judge Abel
1ST NATIONAL CASH REFUND, INC., et al., :
                               :
                   Defendants. :

### AFFIDAVIT OF ROBERT LYND

STATE OF MARYLAND      )
                       ) ss:
COUNTY OF BALTIMORE )

Robert Lynd, being first duly sworn and cautioned, and based upon his own personal knowledge, deposes and states as follows:

### BACKGROUND

1.      Until September 1, 2003, I was employed as Assistant General Counsel with Verizon Maryland Inc. and Verizon Washington, D.C. Inc.

2.      In that position, I was responsible for providing advice and representation to Verizon Maryland Inc. and Verizon Washington, D.C. Inc. on all legal matters affecting those companies. Additionally, I had occasion to learn and understand the corporate structure and relationship of Verizon Maryland Inc., its parent company, and its parent company's other subsidiaries.

3.      Verizon Maryland Inc. and Verizon Washington, D.C. Inc. are wholly owned subsidiaries of Verizon Communications Inc. Verizon Florida Inc., like Verizon Maryland Inc. and Verizon Washington, D.C. Inc., is a subsidiary of Verizon Communications Inc.

## THE EARLIER TRANSACTION, IN 2001

4.     During October of 2001, I was advised by Al Burman of Verizon Maryland Inc.'s accounting organization that Margie Phipps of the company's customer relations group had received an inquiry by telephone from John Neal, who advised her that he represented 1st National Cash Refund, Inc. ("1st National"), and that 1st National wished to be hired by Verizon Maryland Inc. to recover an asset owned by Verizon Maryland Inc.

5.     Attached hereto as Exhibit A is a true and accurate copy of Mr. Neal's correspondence to Ms. Phipps, which was forwarded to me.

6.     Attached hereto as Exhibit B is a true and accurate copy of my correspondence (including enclosures) to Mr. Neal, transmitting the contract and power of attorney in that 2001 transaction.

7.     Attached hereto as Exhibit C is correspondence which I received from Mr. Neal on December 12, 2001, as well as the enclosures to that letter, which together detail and document 1st National's efforts to recover the asset which was the subject of the agreement, and why those efforts were unsuccessful.

8.     From the inception of that 2001 transaction, and from Exhibit C, I understood, at all times, that the assets which 1st National sought to recover were assets of Verizon Maryland Inc.

## THE TRANSACTION AT ISSUE IN THIS LAWSUIT, IN 2002

9.     Within a few days following March 11, 2002, I received a letter from Mr. Neal, a copy of which is attached as Exhibit D, together with a proposed agreement and power of attorney.

10.     I marked up and signed the contract (the "Agreement") and the power of attorney (the "Power of Attorney") (true and accurate copies of which are attached as Exhibits E and F), and returned them to Mr. Neal.

11.     I had no other role in drafting the Agreement or the Power of Attorney. The $1.00 referenced in the Agreement as consideration in fact was never exchanged.

12.     When I received Mr. Neal's March 11, 2002 letter and enclosures on March 12, 2002, and at all times until my receipt, some time shortly after April 25, 2002, of a letter from Mr. Neal, a true and accurate copy of which letter, including the enclosures thereto, is attached as Exhibit G, I understood the subject of Mr. Neal's March 11, 2002 letter and enclosures (Exhibits D, E, and F) to be an asset of Verizon Maryland Inc.

13.     In both the 2001 and 2002 transactions, all of my dealings in these matters took place through Mr. Neal. I never spoke or corresponded with anyone at 1st National in connection with either transaction.

14.     Until my receipt of Exhibit G, the only information which Mr. Neal ever provided to me regarding the asset which he and 1st National proposed to "recover" was that information contained in Exhibits D, E, and F. Neither Mr. Neal nor 1st National ever provided me with any information regarding the nature or source or obligor of the funds, or anything else about the funds. I was never copied on any of Mr. Neal's correspondence with the State of Florida regarding the funds.

15.     Until I received from Mr. Neal a check, drawn on his lawyer's trust account, payable to "Verizon", for $956,065.73, together with supporting paperwork (*i.e.*, Exhibit G), I had no knowledge that the $1,062,295.20 referenced in Exhibits D, E, and F which 1st National proposed to "recover" was not an asset of Verizon Maryland Inc., but of Verizon Florida Inc.

3

16.     I had at all times assumed and understood that the $1,062,295.20 asset referred to in Mr. Neal's March 11, 2002 letter was an asset of Verizon Maryland Inc.

17.     At the time that I signed the Agreement and Power of Attorney (Exhibits E and F), I had no authority to contract on behalf of Verizon Florida Inc., and I did not represent Verizon Florida Inc.

18.     Throughout my eleven-year tenure at Verizon Maryland Inc., I never had authority to contract on behalf of Verizon Florida Inc., or any subsidiary of Verizon Communications, Inc. other than Verizon Maryland Inc. and Verizon Washington, D.C. Inc.; and during that time I never represented Verizon Florida Inc., or any subsidiary of Verizon Communications, Inc. other than Verizon Maryland Inc. and Verizon Washington, D.C. Inc. During that time, I only ever had authority to contract on behalf of Verizon Maryland Inc. and Verizon Washington, D.C. Inc., and only ever represented Verizon Maryland Inc. and Verizon Washington, D.C. Inc.

19.     Had I known that the $1,062,295.20 asset which is the subject of the Agreement and Power of Attorney was not an asset of Verizon Maryland Inc., I never would have signed the Agreement and Power of Attorney. When I signed the Agreement and Power of Attorney, I understood that I was doing so on behalf of Verizon Maryland Inc. I only signed the Agreement and Power of Attorney because I understood the asset in question to be an asset of Verizon Maryland Inc., as the asset which was the subject of the 2001 transaction had been.

20.     Upon my receipt of Exhibit G, at which point I learned that the $1,062,295.20 referenced in Exhibits D, E, and F was not an asset of Verizon Maryland Inc., but of Verizon Florida Inc., I asked George Williamson of Verizon Maryland Inc.'s regulatory and finance group to forward Exhibit G to officials of Verizon Florida Inc.

4

21.     Upon his receipt of Exhibit G, Bob Gambrell of Verizon Florida Inc. advised me that Verizon Florida Inc. (a) had at all times been aware of the $1,062,295.20 obligation; (b) had retained physical possession of the two Florida warrants totaling that amount since their receipt by Verizon Florida Inc. on or about November 26, 2001; (c) was engaged in a dispute with the Florida Department of Transportation over the amount of the original warrants; and (d) had consciously refrained from cashing such warrants for fear that doing so could or would be construed as a waiver of Verizon Florida Inc.'s claimed entitlement to additional funds.

22.     On May 6, 2002, I wrote to Mr. Neal, advising of these circumstances, enclosing evidence of the dispute between Verizon Florida Inc. and the Florida Department of Transportation, and advised Mr. Neal that we were invoking Section 7 of the Agreement.  A true and accurate copy of my May 6, 2002 letter to Mr. Neal, including the enclosures thereto, is attached as Exhibit H.

23.     I never heard again from Mr. Neal or from anyone at 1st National.

FURTHER AFFIANT SAYETH NAUGHT.

_Robert Lynd_
Robert Lynd

Sworn to before me and subscribed in my presence this _12_ day of December, 2003.

_Wendy G. Anderson_
Notary Public

**WENDY G. ANDERSON**
Notary Public, State of Maryland
Baltimore County
My Commission Expires: Sept. 1, 2005

394865.3

5



PLAINTIFF'S
EXHIBIT

A

*John G. Neal*

*Attorney at Law*

*3966 G Brown Park Drive*

*Hilliard, Ohio 43026*

*(614) 921-9535*

*fax (614) 921-0061*

*October 17, 2001*

Ms. Margie Phipps
Verizon
1 East Pratt, 7E
Baltimore, Maryland 21202

Re: First National Cash Refund, Inc., $20,303.42

Dear Ms. Phipps:

Reference is made to our telephone conversation on October 17th.

It is my understanding that someone from Verizon will contact me next week to discuss the assets located by my client in the name of Verizon.

Very truly yours,

John G. Neal
Attorney at Law

Cc  client



DEPOSITION
EXHIBIT
4 - woodford
11-7-03
PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT

B

**Robert D. Lynd**
Assistant General Counsel



1 East Pratt Street, Floor 8E
Baltimore, MD 21202

Phone 410 393-7477
Fax 410 393-7547
robert.d.lynd@verizon.com

November 19, 2001

John G. Neal, Esquire
3966 G Brown Park Drive
Hilliard, Ohio 43026

Re: <u>Fund Recovery</u>

Dear Mr. Neal:

Per our conversation, enclosed are the executed Limited Power of
Attorney and Client Contract.

Sincerely,

Robert D. Lynd

RDL/ead

Enclosures

# *1st National Cash Refund Inc.*

## A PROFESSIONAL ASSET RECOVERY ORGANIZATION

### CLIENT CONTRACT

This Client Contract is entered into between 1st National Cash Refund Inc. ("F.N.C.R.I.") and Verizon ("Client"). WHEREAS, 1st National Cash Refund Inc. has determined that certain funds in the amount of $20,403.42 ("Funds") may be due and payable to Verizon WHEREAS, Client desires to have F.N.C.R.I. attempt to obtain the funds on behalf of Client. NOW, THEREFORE, in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. F.N.C.R.I. shall use its best efforts to attempt to obtain the funds on behalf of Client.
2. Client agrees to pay F.N.C.R.I. 33.33% of any funds recovered by F.N.C.R.I. on behalf of Client.
3. F.N.C.R.I. shall pay all expenses necessary to attempt to obtain the Funds. Client shall not advance any money to F.N.C.R.I.,s efforts to obtain the Funds.
4. F.N.C.R.I. is authorized to retain an attorney at no cost to Client in connection with F.NC.RI.'s efforts to obtain the Funds. No attorney's fees shall be deducted from the Client's portion of the Funds.
5. Client agrees that after this contract has been signed, neither client nor any agents of the client shall attempt to obtain the Funds and/or interfere with F.N.C.R.I.'s efforts to collect the Funds. If Client, or any agent of the Client does so, Client must pay F.N.C.R.I. three times the above stated fee within fifteen (15) days.
6. If the Funds are not collectable, F.N.C.R.I. shall receive no compensation under this Contract and this Contract shall be null and void.
7. If the Client is in the process of recovering said Funds, and can show adequate proof, this Contract shall be null and void. If no proof is shown, the Client shall be responsible for the agreed fee.
8. Client acknowledges that Funds may be subject to a holding period.
9. F.N.C.R.I. is authorized to act as agent for the Client for purposes of processing and collection of the Funds, which may be due and payable to the Client
10. Client indemnifies F.N.C.R.I. of any portion of this claim not retained by F.N.C.R.I. agreed fee.
11. The laws of the State govern this Contract.
12. Client shall be responsible for all Federal, State and City income taxes.
13. Upon request client shall provide all relevant receipts, canceled checks or other documentation required to demonstrate claim.
14. Client to receive funds within 48 hours after funds have cleared Attorney John G. Neal's trust account.

ACCEPTED AND AGREED TO:

1st National cash Refund Inc.

_____
Carl Woodford,
President

**CLIENT**

Sign: _Robert D. Lynd_  11/19/01
　　　　　　　　　　　　Date

Sign: _____
　　　　　　　　　　　　Date
Print Name ROBERT D. LYND

Print Address 1 E PRATT ST BALTIMORE

Phone (410) 393-7477   MD 21202

1620 E Broad St Suite 1708
Columbus, Oh 43203
614-258-0384 Office
800-484-8222 PIN # 9017 Toll Free
614-207-9696 Mobile
614-258-3908 Fax

# *1st National Cash Refund Inc.*

### A PROFESSIONAL ASSET RECOVERY ORGANIZATION

### LIMITED POWER OF ATTORNEY

By this letter, Verizon does hereby appoint Attorney John G. Neal, 336 S High St. Columbus, Ohio 43215 614-921-9535., as its agent and true and lawful attorney in fact for the purpose of acting for Verizon use and benefit, and they are empowered to act in the name and place of, Verizon to collect and disburse assets or property due Verizon which is limited to; as to this date an asset, in the approximate amount of $20,403.42. This strictly limited power of attorney shall not be used for any other purpose, is irrevocable, cannot be super- seded by future contracts or assignments, and shall automatically terminate upon your recovery of the asset ref- erenced herein. Attorney John G. Neal hereby indemnifies itself from any and all claims, which may be as- serted because of such disbursement.

STATE OF *MARYLAND*

SIGN HERE *Robert D. Lynd*

PRINT NAME *ROBERT D. LYND*

ADDRESS *1 E. PRATT ST. B EAST*

CITY, STATE & ZIP *BALTIMORE MD 21202*

ON THIS *19th* DAY OF *November*, 2001 BEFORE ME *Elizabeth A. Dawson*,
THE UNDERSIGNED NOTARY PUBLIC, PERSONALLY APPEARED *Robert D. Lynd*
(NAME OF CLIENT) AND PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE
THE PERSON WHOSE NAME IS SUBSCRIBED TO THE SAME IN HIS/HER AUTHORIZED CAPAC-
ITY, AND THAT BY HIS/HER SIGNATURE ON THE INSTRUMENT THE PERSON, OR THE ENTITY
UPON BEHALF OF WHICH THE PERSON ACTED, EXECUTED THE INSTRUMENT.

WITNESSED MY HAND AND OFFICIAL SEAL

NOTARY PUBLIC (SEAL) *Elizabeth A. Dawson*
                           NOTARY

COMMISSION EXPIRES: *6/1/02*

1620 E Broad St Suite 1708
Columbus, Ohio 43203
800-484-8222 PIN #9017 (Office) Toll Free
614-207-9696 Phone

*John G. Neal*

*Attorney at Law*

*3966 G Brown Park Drive*

*Hilliard, Ohio 43026*

*(614) 921-9535*

*fax (614) 921-0061*

*December 10, 2001*

DEC 1 2 2001



Mr. Robert D. Lynd
Verizon
One East Pratt Street East
80th Floor
Baltimore MD 21202

Re: Fund recovery

Dear Mr. Lynd:

Reference is made to your letter dated November 19, 2001.

You will please find enclosed a copy of the letter I forwarded to accounts payable for the Fredrick County Commissioner's Office in Fredrick Maryland. As well as copies of the vouchers which were provided to us as unclaimed.

Unfortunately, Ms. Brandy McDermott informs me that upon further review that the vouchers were paid at another time. If you have any questions, please contact Ms. Brandy McDermott at telephone number (301) 694-1124.

I am closing out my file at this time.

Very truly yours,

John G. Neal
Attorney at Law

Cc   client

*John G. Neal*

*Attorney at Law*

*3966 G. Brown Park Drive*

*Hilliard, Ohio 43026*

*(614) 921-9535*

*fax (614) 921-0061*

*November 26, 2001*

Ms. Brandy McDermott
Accounts Payable
Accounting
Frederick County Commissioner
12 E. Church Street
Frederick, Maryland 21701

Re:  Verizon, check # 040418 (date 3-2-01)
And # 039986 (date 3-9-01)

Dear Ms. McDermott:

      You will find enclosed a power of attorney for Verizon for your files.  Copies of two uncashed checks are also enclosed.

      Please reissue the above checks in the name of Verizon for $9,919.99 and $10,483.43 and send them to my attention at the address above.

Very truly yours,

John G. Neal
Attorney at Law

Oct 15 01 12:55a    Accounting dept           3018312302              p.3

FREDERICK COUNTY COMMISSIONERS          BANK OF AMERICA                  039986
ACCOUNTING                              MID-ATLANTIC GOVERNMENT BANKING
FREDERICK, MD 21701                     BALTIMORE, MD 21202

                                    Date    02.Mar.2001        Pay Amount $9,919.99***

Pay        ****NINE THOUSAND NINE HUNDRED NINETEEN AND 99 / 100 US DOLLAR****

                                              Void

To The     VERIZON
Order Of   PO BOX 646
           BALTIMORE, MD 21265-0646

                                                              Authorized Signature

s2126506468s              * NON-NEGOTIABLE *

---

Check Date: 02.Mar.2001                                          Check No.  039986

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| 301-662-2574 | 16.Feb.2001 | 00001827 | 47.61 | 0.00 | 47.61 |
| 301-663-8126 | 02.Feb.2001 | 00001279 | 267.60 | 0.00 | 267.60 |
| 301-694-0694 | 10.Jan.2001 | 00000003 | 56.16 | 0.00 | 56.16 |
| 301-694-0839 | 10.Jan.2001 | 00000005 | 56.16 | 0.00 | 56.16 |
| 301-694-0839 | 10.Feb.2001 | 00001575 | 56.16 | 0.00 | 56.16 |
| 301-694-7609 | 10.Feb.2001 | 00001277 | 334.37 | 0.00 | 334.37 |
| 301-694-9000 | 10.Feb.2001 | 00001568 | 8,349.01 | 0.00 | 8,349.01 |
| 301-694-9000 | 10.Feb.2001 | 00001569 | 185.48 | 0.00 | 185.48 |
| 301-698-2708 | 05.Feb.2001 | 00001280 | 567.44 | 0.09 | 567.44 |

# File Copy

## VOID

| Vendor Number | | Name | Total Discounts | | |
|---|---|---|---|---|---|
| 0000-007957 | | VERIZON | $0.00 | | |
| Check Number | Date | | Total Amount | Discounts Taken | Total Paid Amount |
| 039986 | 02.Mar.2001 | | $9,919.99 | $0.00 | $9,919.99 |

`Dec 06 01 12:31a       Ac unting dept        3' 5312302             P.2`

11/27/2001    10:43 AM

FREDERICK COUNTY COMMISSIONERS          BANK OF AMERICA                040892
ACCOUNTING                              MID-ATLANTIC GOVERNMENT BANKING
FREDERICK, MD 21701                     BALTIMORE, MD 21202

                                        Date   16.Mar.2001      Pay Amount  $10,756.83***

                                                                000001 8104  002
Pay     ****TEN THOUSAND SEVEN HUNDRED FIFTY-SIX AND 83 / 100 US DOLLAR****    800002032 MD

To The   VERIZON
Order Of PO BOX 646                                    David P. Gray
         BALTIMORE, MD 21265-0646

                                                               Authorized Signature

     ⑈040892⑈ ⑆053107989⑆ 048011162⑈              ⑈0001075683⑈

| CDVolID/CIMSKey | Account | Serial N | Amount |
|---|---|---|---|
| 20010403015401 | 4801116 | 240892 | $10756.83 |

| Bank ID | Sequence | Location | Paid Date |
|---|---|---|---|
| 0 | 66008047 | CD | 03/23/2001 |

Printed using Accord Application          Page 1

Oct 15 01 12:41a     Accounting dept          30185 2302              P.2

| FREDERICK COUNTY COMMISSIONERS<br>ACCOUNTING<br>FREDERICK, MD 21701 | BANK OF AMERICA<br>MID-ATLANTIC GOVERNMENT BANKING<br>BALTIMORE, MD 21202 | 040418 |
|---|---|---|

Date   09.Mar.2001          Pay Amount $10,483.43***

Pay        ****TEN THOUSAND FOUR HUNDRED EIGHTY-THREE AND 43/100 US DOLLAR****

**VOID**

To The     VERIZON
Order Of   PO BOX 646
           BALTIMORE, MD 21265-0646

**VOID**

Authorized Signature

s2126506466s          * NON-NEGOTIABLE *

---

Check Date:  09.Mar.2001                                    Check No.   040418

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| 301-241-3231 | 13.Feb.2001 | 00003177 | 300.96 | 0.00 | 300.96 |
| 301-662-6333 | 16.Feb.2001 | 00002325 | 379.86 | 0.00 | 379.86 |
| 301-662-6548 | 16.Feb.2001 | 00002323 | 44.29 | 0.00 | 44.29 |
| 301-662-9650 | 16.Feb.2001 | 00002322 | 57.02 | 0.00 | 57.02 |
| 301-694-0694 | 10.Jan.2001 | 00000003 | 56.16 | 0.00 | 56.16 |
| 301-694-0839 | 10.Jan.2001 | 00000005 | 56.16 | 0.00 | 56.16 |
| 301-694-0839 | 10.Feb.2001 | 00001575 | 56.16 | 0.00 | 56.16 |
| 301-694-7609 | 10.Feb.2001 | 00001277 | 334.37 | 0.00 | 334.37 |
| 301-694-9000 | 10.Feb.2001 | 00001568 | 8,349.01 | 0.00 | 8,349.01 |
| 301-694-9000 | 10.Feb.2001 | 00001569 | 185.48 | 0.00 | 185.48 |
| 301-695-9871 | 15.Feb.2001 | 00002421 | 56.16 | 0.00 | 56.16 |
| 301-698-2708 | 05.Feb.2001 | 00001380 | 567.44 | 0.00 | 567.44 |
| 301-898-0054 | 26.Feb.2001 | 00003265 | 40.36 | 0.00 | 40.36 |

**File Copy**

Voucher #00003265 was issued
to the wrong Verizon
BMcDermott

| Vendor Number | | Name | | Total Discounts | |
|---|---|---|---|---|---|
| 0000007957 | | VERIZON | | $0.00 | |
| Check Number | Date | | Total Amount | Discounts Taken | Total Paid Amount |
| 040418 | 09.Mar.2001 | | $10,483.43 | $0.00 | $10,483.43 |

| FREDERICK COUNTY COMMISSIONERS | BANK OF AMERICA | 040892 |
|---|---|---|
| ACCOUNTING | MID-ATLANTIC GOVERNMENT BANKING | |
| FREDERICK, MD 21701 | BALTIMORE, MD 21202 | |

Date    16.Mar.2001          Pay Amount  $10,756.83***

Pay     ****TEN THOUSAND SEVEN HUNDRED FIFTY-SIX AND 83 / 100 US DOLLAR****

To The
Order Of     VERIZON
             PO BOX 646
             BALTIMORE, MD 21265-0646

VOID

Authorized Signature

s2126506468s          * NON-NEGOTIABLE *

| Check Date: 16.Mar.2001 | | | | Check No. 040892 | |
|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
| 301-241-3231 | 13.Feb.2001 | 00003177 | 300.96 | 0:00 | 300.96 |
| 301-662-6333 | 16.Feb.2001 | 00002325 | 379.86 | 0.00 | 379.86 |
| 301-662-6548 | 16.Feb.2001 | 00002323 | 44.29 | 0.00 | 44.29 |
| 301-662-9650 | 16.Feb.2001 | 00002322 | 57.02 | 0.00 | 57.02 |
| 301-663-8126 | 02.Feb.2001 | 00001279 | 257.60 | 0.00 | 257.60 |
| 301-694-0694 | 10.Jan.2001 | 00000003 | 56.16 | 0.00 | 56.16 |
| 301-694-0839 | 10.Jan.2001 | 00000005 | 56.16 | 0.00 | 56.16 |
| 301-694-0839 | 10.Feb.2001 | 00001575 | 56.16 | 0.00 | 56.16 |
| 301-694-7609 | 10.Feb.2001 | 00001277 | 334.37 | 0.00 | 334.37 |
| 301-694-9000 | 10.Feb.2001 | 00001568 | 8,349.01 | 0.00 | 8,349.01 |
| 301-694-9000 | 10.Feb.2001 | 00001569 | 185.48 | 0.00 | 185.48 |
| 301-695-9871 | 19.Feb.2001 | 00002421 | 56.16 | 0.00 | 56.16 |
| 301-698-2708 | 05.Feb.2001 | 00001280 | 567.44 | 0.00 | 567.44 |
| 301-898-8056 | 26.Feb.2001 | 00003770 | 56.16 | 0.00 | 56.16 |

The Copy

11/26/01

Ken,

Please check to see
if this Check has been
cashed.

B McDermott

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000007957 | VERIZON | | $0.00 | |
| Check Number | Date | | Total Amount | Discounts Taken | Total Paid Amount |
| 040892 | 16.Mar.2001 | | $10,756.83 | $0.00 | $10,756.83 |



PLAINTIFF'S
EXHIBIT

D

*John G. Neal*
*Attorney at Law*
*3966 G Brown Park Drive*
*Hilliard, Ohio 43026*
*(614) 921-9535*
*fax (614) 921-0061*
*March 11, 2002*

Mr. Robert D. Lynd
Asst. General Counsel
Verizon
1 East Pratt Street East, Floor 8E
Baltimore, Maryland 21202

Re: Fund recovery

Dear Mr. Lynd:

Apparently, my client is still working hard. This time he has located $1,062,295.20, and will reduce his fee to 15% from 30% because of the amount involved.

Again, you will find enclosed the relevant documents.

Please advise.

Very truly yours,

John G. Neal
Attorney at Law

DEPOSITION
EXHIBIT
3 - Woodford
11-7-03

PENGAD 800-631-6989

Cc: Client



PLAINTIFF'S EXHIBIT

E

# 1st National Cash Refund Inc.

**A PROFESSIONAL ASSET RECOVERY ORGANIZATION**

### CLIENT CONTRACT

This Client Contract is entered into between Ist National Cash Refund Inc. ("F.N.C.R.I.") and Verizon ("Client"). WHEREAS, 1st National Cash Refund Inc. has determined that certain funds in the amount of $1,062,295.20 ("Funds") may be due and payable to Client. WHEREAS, Client desires to have F .N.C.R.I. attempt to obtain the funds on behalf of Client. NOW, THEREFORE, in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

*10% RAL*

1. F.N.C.R.I. shall use its best efforts to attempt to obtain the funds on behalf of Client.
2. Client agrees to pay F.N.C.R.I. 15% of any funds recovered by F.N.C.R.I. on behalf of Client.
3. F.N.C.R.I. shall pay all expenses necessary to attempt to obtain the Funds. Client shall not advance any money to F.N.C.R.I.'s efforts to obtain the Funds.
4. F.N.C.R.I. is authorized to retain an attorney at no cost to Client in connection with F.N.C.R.I.'s efforts to obtain the Funds. No attorney's fees shall be deducted from the Client's portion of the Funds. All such attorney fees shall be at F.N.C.R.I.'s expense.
5. ~~Client agrees that after this contract has been signed, neither client nor any agents of the client shall attempt to obtain the Funds, and/or interfere with F.N.C.R.I.'s efforts to collect the Funds for a period of three (3) months only.~~ *RAL*
6. If the Funds are not collectable, F.N.C.R.I. shall receive no compensation under this Contract and this Contract shall be null and void.
7. If the Client is in the process of recovering said Funds, and can show adequate proof, this Contract shall be null and void. If no proof is shown, the Client shall be responsible for the agreed fee.
8. Client acknowledges that Funds may be subject to a holding period of seven (7) days.
9. F.N.C.R.I. is authorized to act as agent for the Client for purposes of processing and collection of the Funds, which may be due and payable to the Client
10. Client indemnifies F.N.C.R.I. for the fees due hereunder. The laws of the State of Ohio govern this Contract.
12. Client shall be responsible for all Federal, State and City income taxes on client's share of claim.
13. Upon request client shall provide all relevant receipts, canceled checks or other documentation required to substantiate client's interest in claim.
14. F.N.C.R.I. shall cause client to receive funds within 48 hours after funds have cleared Attorney John G. Neal's trust account.

**ACCEPTED AND AGREED TO:**

1ST National Cash Refund Inc.

Carl Woodford
President

**CLIENT**

Sign: _Robert D. Lynd_    4/3/02

                                     Date

Sign: _____

                                     Date

Print Name: _Robert D. Lynd_

Print Address: _1 E. Pratt Street, 8E, Baltimore, MD 21202_

Phone: (_410_) _393 - 7477_

First National Cash Refund, Inc.
1620 E. Broad Street
Columbus, Ohio 43203
Office: (614) 258-0384
Toll-free: (800) 484-8222, PIN #9017
Mobile: (614) 207-9696
Fax: (614) 258-3908
findcash@aol.com



DEPOSITION EXHIBIT
5-Woodford
11-7-03

**PLAINTIFF'S EXHIBIT**

F

# 1st National Cash Refund Inc.

### A PROFESSIONAL ASSET RECOVERY ORGANIZA TION

### LIMITED POWER OF ATTORNEY

By this letter Verizon does hereby appoint Attorney John G. Neal, 3966 G Brown Park Drive, Hilliard, Ohio 43026, (614) 921-9535, as their agent and true and lawful attorney in fact for the purpose of acting for use and benefit, they are empowered to act in the name and place of Verizon to collect and disburse assets or property of Verizon which is limited to, as of this date, an asset in the approximate amount of $1,062,295.20. This strictly limited power of attorney shall not be used for any other purpose, is irrevocable, cannot be superseded by future contracts or assignments, and shall automatically terminate upon your recovery of the asset referenced herein. Attorney John G. Neal hereby indemnifies himself from any and all claims that may be asserted because of such disbursement.

State of _Maryland_

Sign here: _Robert D. Lynd_

Print name: _Robert D. Lynd_

Address: _I E. Pratt Street, 8E_

City, St., Zip: _Baltimore, MD 21202_

On this _3rd_ day of _April_, 2002, before me, _Elizabeth H. Dawson_, the undersigned Notary Public, personally appeared _Robert D. Lynd_ (name of client), and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witnessed my hand and official seal.

Notary Public: (seal) _Elizabeth A. Dawson_

My commission expires: _6/1/02_

First National Cash Refund, Inc.
1620 E. Broad Street
Columbus, Ohio 43203
Office: (614) 258-0384
Toll-free: (800) 484-8222, PIN #9017
Mobile: (614) 207-9696
Fax: (614) 258-3908
findcash@aol.com



**DEPOSITION EXHIBIT**
2 - Woodford
11-7-03
PENGAD 800-631-6989



PLAINTIFF'S
EXHIBIT

G

*John G. Neal*

*Attorney at Law*

*3,966 G Brown Park Drive*

*Hilliard, Ohio 43026*

*(614) 921-9535*

*fax (614) 921-0061*

*April 25, 2002*

Mr. Robert D. Lynd
Asst. General Counsel
Verizon
1 East Pratt Street, Floor 8E
Baltimore, Maryland 21202

Re: Recovery of $1,062.295.25

Dear Mr. Lynd:

You will find enclosed copies of two (2) duplicate checks reissued on behalf of Verizon totaling $1,062,295.25.

In accordance with your contract provisions, you will find enclosed a check in the amount of $956,065.73 which represents 90% of the recovery.

If you need anything further, please do not hesitate to call.

Very truly yours,

John G. Neal
Attorney at Law

Cc: Client



DEPOSITION
EXHIBIT

10-Woodford

11-7-03

PENGAD 800-631-6989



JOHN G. NEAL ATTORNEY AT LAW, IOLTA
3966 F BROWN PARK DRIVE
HILLIARD, OH 43026

1039

13-1
420

PAY
TO THE
ORDER OF ___ Verizon

DATE ___ 4/25/02

Nine-hundred and fifty-six thousand, sixty-five and 73/100 _____ DOLLARS

$956,065.73

FIRSTAR
Bank Without Boundaries
www.firstar.com
Bank, N.A.

FOR ___ Recovery

⑈001039⑈ ⑈042000013⑈

# STATE OF FLORIDA
### OFFICE OF COMPTROLLER
### REMITTANCE ADVICE

4-02 848 778

THIS IS NOT A PAYMENT DEVI

| FLAIR ACCOUNT CODE | OLO | SITE | DOCUMENT NUMBER | OBJECT | DATE | PAYMENT |
|---|---|---|---|---|---|---|
| 55-102540001-55100100-00-08877796 | 550000 | 07 | D2000279436 | 5620 | 11/19/01 | 082790 |

PAYMENT AMOUNT
$ 482,356.85

**DO NOT CASH**

AGENCY DOCUMENT NO
VA70162

VERIZON
10402 N 56TH ST
TEMPLE TERRACE FL 33617

PLEASE DIRECT QUESTIONS TO: (813) 975-6209, DEPARTMENT OF TRANSPORTATION - DISTRICT SEVEN
VENDORS NOW CAN VIEW PAYMENT INFORMATION AT HTTP://FLAIR.DBF.STATE.FL.US

THIS DUPLICATE WARRANT REPLACES THE ORIGINAL WARRANT THAT WAS REPORTED LOST OR
DESTROYED AND UPON WHICH A STOP PAYMENT HAS BEEN ISSUED.

DEPOSITION
EXHIBIT
13 -Woodford
11-7-03

PENGAD 800-631-6989

APR 22 2002

---

DETACH CAREFULLY AND RETAIN FOR YOUR RECORDS BEFORE CASHING OR DEPOSITING THE WARRANT



| FLAIR ACCOUNT CODE | SWDN | ADN | OBJECT | DATE | WARRANT NO | 63-69 |
|---|---|---|---|---|---|---|
| 55-102540001-55100100-00-08877796 | D2000279436 | VA70162 | 5620 | 11/19/01 | 0827904 | 630 |

OLO 550000   SITE 07   CONTACT (813) 975-6209 FOR PAYMENT QUESTIONS

# STATE OF FLORIDA
### OFFICE OF COMPTROLLER

VOID AFTER 12 MONTHS

4-02 848 778

PAY

FOUR-HUNDRED-EIGHTY-TWO-THOUSAND-THREE-HUNDRED-FIFTY-SIX & 85/100 DOLLARS

AMOUNT
$***482,356.85

**DUPLICATE** 04/15/02

TO THE
ORDER
OF:

VENDOR ID NUMBER

EXPENSE WARRANT

TO: TREASURER OF FLORIDA
TALLAHASSEE

VERIZON
10402 N 56TH ST
TEMPLE TERRACE FL 33617

Robert L Milligan

COMPTROLLER OF FLORIDA

# STATE OF FLORIDA
### OFFICE OF COMPTROLLER
### REMITTANCE ADVICE

4-02 848 779

**THIS IS NOT A PAYMENT DEV:**

| FLAIR ACCOUNT CODE | OLO | SITE | DOCUMENT NUMBER | OBJECT | DATE | PAYMENT |
|---|---|---|---|---|---|---|
| 55-102540001-55100100-00-08877797 | 550000 | 07 | D2000279437 | 5620 | 11/19/01 | 082790 |

**PAYMENT AMOUNT**
$    579,938.40

**DO NOT CASH**

**AGENCY DOCUMENT NO**
VA70163

VERIZON
10402 N 56TH ST
TEMPLE TERRACE FL 33617

**PLEASE DIRECT QUESTIONS TO:** (813) 975-6209, DEPARTMENT OF TRANSPORTATION - DISTRICT SEVEN
**VENDORS NOW CAN VIEW PAYMENT INFORMATION AT HTTP://FLAIR.DBF.STATE.FL.US**

THIS DUPLICATE WARRANT REPLACES THE ORIGINAL WARRANT THAT WAS REPORTED LOST OR
DESTROYED AND UPON WHICH A STOP PAYMENT HAS BEEN ISSUED.

APR 22 2002

---

DETACH CAREFULLY AND RETAIN FOR YOUR RECORDS BEFORE CASHING OR DEPOSITING THE WARRANT

| FLAIR ACCOUNT CODE | SWDN | ADN | OBJECT | DATE | WARRANT NO | 63-69 |
|---|---|---|---|---|---|---|
| 55-102540001-55100100-00-08877797 | D2000279437 | VA70163 | 5620 | 11/19/01 | 0827905 | 630 |
| OLO 550000   SITE 07 | CONTACT (813) 975-6209 FOR PAYMENT QUESTIONS | | | | | |



# STATE OF FLORIDA
### OFFICE OF COMPTROLLER

4-02 848 779

VOID AFTER 12 MONTHS

**AMOUNT**

**PAY**

$***579,938.40

FIVE-HUNDRED-SEVENTY-NINE-THOUSAND-NINE-HUNDRED-THIRTY-EIGHT & 40/100 DOLLARS

## DUPLICATE   04/15/02

TO THE
ORDER
OF:

VENDOR ID NUMBER

**EXPENSE WARRANT**

TO: TREASURER OF FLORID
TALLAHASSEE

VERIZON
10402 N 56TH ST
TEMPLE TERRACE FL 33617

*Robert F. Milligan*

COMPTROLLER OF FLORIDA

⑈ 2408 2790 510 ⑈   ⑈063000069⑈   ⑈ 2 ⑈

PLAINTIFF'S
EXHIBIT

H

Robert D. Lynd
Assistant General Counsel

**verizon**

1 East Pratt Street, Floor 8E
Baltimore, MD 21202

Phone 410 393-7477
Fax 410 393-7547
robert.d.lynd@verizon.com

May 6, 2002

**Via Facsimile and Overnight Delivery**

John G. Neal, Esq.
3966 G Brown Park Drive
Hilliard, Ohio 43026

Re: 1st National Cash Refund Inc.

Dear Mr. Neal:

As previously discussed, I am enclosing copies of documents which establish that Verizon was in the process of recovering funds in the amount of $1,062,295.25 from the State of Florida. These funds were due Verizon in connection with utility relocation work. You will note that we have enclosed copies of the two checks that the State had issued to us. We had not cashed these checks pending resolution of our claim for additional reimbursement.

In accordance with paragraph 7 of the contract between your client, 1st National, and Verizon, the contract is null and void and your client is not entitled to the 10% fee. Please have your client issue a check to Verizon in the amount of $106,229.52 and forward to me as soon as possible.

We have advised the clients to deposit your check dated April 25, 2002 in the amount of $956,065.73.

Please call me if you have any questions. Thank you for your anticipated cooperation.

Very truly yours,

Robert D. Lynd

RDL/mlw

Enclosures

bc: William Balcerski, Esq.

**VZF-0009**



# Florida Department of Transportation

**JEB BUSH
GOVERNOR**

11201 N. McKinley Drive
Tampa, Florida 33612-6456

**THOMAS F. BARRY, JR.
SECRETARY**

March 20, 2002

Ms. Veronica McClendon
Verizon Florida, Inc.
10402 North 56th Street
Temple Terrace, FL 33617

RE:    Reimbursable Issues

Dear Ms. McClendon:

The Department has reviewed your invoice presented during the March 11, 2002 meeting and am
providing you with the comments and recommendation that hopefully will assit you in resolving
your reimbursable issues.

| PROJECT | AGREEMENT | INVOICED | PAID | BALANCE | CONTRACT # |
|---------|-----------|----------|------|---------|------------|
| 258462 | $482,356.85 | $710,741.74 | $482,356.85 | $228,384.89 | AD115 |
| 258459 | $579,938.40 | $1,699,904.92 | $579,938.40 | $1,119,966.52 | AE408 |
| 258461 | $101,292.82 | $90,181.74 | $0.00 | $90,181.74 | AD322 |
| 258463 | $229,274.26 | $48,706.23 | $0.00 | $48,706.23 | AD347 |

Line items one and two in the above reflect that you have invoiced and have been paid the original
agreement amounts.  Work that is in excess of the agreement amount violates Sections
334.044(2) and 337.403, Florida Statute; Rule 14-46-001, Florida Administrative Code, FHPM 6-
6-3-1; section 287.055 also 23 CFR part 72 and fails to comply with 710-010-130-d, Utility
invoice procedures as well as conditions of signed relocation agreement as established in 710-010-
050-b, Utility relocation agreements.

The Department cannot process your request for payment that are in excess of the contracted
amount.  Request for payment for work performed in excess of the agreement must be negotiated
and executed by a settlement agreement.  To consider your request for a settlement agreement the
Department will require the following information: A letter of explanation detailing the
circumstance and facts that cause the procedure/Statute violation; revised estimate showing
current cost of work and a copy of as-built plans.  Upon completion of negotiation you will be
required to submit voice and supporting documentation as set forth in 710-010-130-d, utility
invoice procedures.

**VZF-0010**

RECYCLED PAPER

Ms. Veronica McClendon
Page Two
March 20, 2002

Line items three and four are within the agreement amount and are eligible for payment by the Department, however, your submittals are incomplete and are being returned for the following information; three copies of invoice marked final on Verizon letterhead, copies of as-built plans and notice to proceed documentation.

You may contact me at (813) 975-6287, if you need additional assistance with your invoices.

Sincerely,

Simmon Reed
Utility Construction Coordinator

SR/JR
cc:     D. Dwayne Kile, P.E., District Design Engineer
        Jim Moulton, Jr., P.E., District Construction Services
        Project File

**VZF-0011**

05/06/02 MON 14:55 FAX @002

# STATE OF FLORIDA
## OFFICE OF COMPTROLLER
### REMITTANCE ADVICE

4-01 726 33(

THIS IS NOT A PAYMENT DEVI

| FLAIR ACCOUNT CODE | OLO | SITE | DOCUMENT NUMBER | OBJECT | DATE | PAYMENT |
|---|---|---|---|---|---|---|
| 55-102540001-55100100-00-08877797 | 550000 | 07 | D2000279437 | 5620 | 11/19/01 | 082790 |

PAYMENT AMOUNT
$ 579,938.40

**DO NOT CASH**

AGENCY DOCUMENT NO
VA70163

VERIZON
10402 N 56TH ST
TEMPLE TERRACE FL 33617

PLEASE DIRECT QUESTIONS TO: (813) 975-6209, DEPARTMENT OF TRANSPORTATION - DISTRICT SEVEN

VENDORS NOW CAN VIEW PAYMENT INFORMATION AT HTTP://FLAIR.DBF.STATE.FL.US

| INVOICE NUMBER | AMOUNT |
|---|---|
| 1 FINAL | $ 579,938.40 |



---

DETACH CAREFULLY AND RETAIN FOR YOUR RECORDS BEFORE CASHING OR DEPOSITING THE WARRANT



| FLAIR ACCOUNT CODE | | SWDN | ADN | OBJECT | DATE | WARRANT NO | 83-69 |
|---|---|---|---|---|---|---|---|
| 55-102540001-55100100-00-08877797 | | D2000279437 | VA70163 | 5620 | 11/19/01 | 0827805 | 630 |

OLO 550000 SITE 07    CONTACT (813) 975-6209 FOR PAYMENT QUESTIONS

VOID AFTER 12 MONTHS

# STATE OF FLORIDA
## OFFICE OF COMPTROLLER

4-01 726 33

PAY

AMOUNT

$***579,938.40

FIVE-HUNDRED-SEVENTY-NINE-THOUSAND-NINE-HUNDRED-THIRTY-EIGHT & 40/100 DOLLARS

TO THE
ORDER
OF:

VENDOR ID NUMBER

**EXPENSE WARRANT**

TO: TREASURER OF FLORIC

TALLAHASSEE

VERIZON
10402 N 56TH ST
TEMPLE TERRACE FL 33617

COMPTROLLER OF FLORIDA

VZF-0012

⑈ 2408 2790 50 2 ⑈   ⑈:06 3000694⑈:   ⑈4 2 ⑈



01 NOV 13 PM 1:36



10402 N. 56th Street, FLTP1887
Temple Terrace, FL 33617

Phone 813.989.7942

# INVOICE

**BILL TO:** Florida Department of Transportation
Sunny DeCoster, District Utility Engineer
District Seven
11201 N. Mckinley Dr.
Tampa, Fl 33612

**WPI:** 7148197
**SPN:** 10190-3409
**County:** Hillsborough
Segment 1, I-4 From 50 th Street to I-275

**ESTIMATE SUMMARY**

| Items | | Total | |
|---|---|---|---|
| Preliminary Engineering | | $ | 266,645 |
| Construction Engineering | | $ | 181,837 |
| Construction Labor | | $ | 14,935 |
| Materials & Supplies | | $ | 380,448 |
| Contract Construction | | $ | 682,647 |
| **GROSS RELOCATION COSTS:** | | $ | 1,526,512 |
| **CREDITS** | | | |
| * Expired Service Life | | (-) $ | 14,920 |
| * Nonreimbursable | | (-) $ | 11,426 |
| **TOTAL CREDITS** | | (-) $ | 26,346 |
| **TOTAL REIMBURSABLE COSTS:** | | $ 1,500,166.00 | |

*paying*     579,938.40
*per agmt*

SUBMITTED FOR THE AGENCY BY: _R. Brale_     DATE _10/3/01_

**VZF-0013**

# STATE OF FLORIDA
## OFFICE OF COMPTROLLER
### REMITTANCE ADVICE

4.01 726 32

THIS IS NOT A PAYMENT DEV

| FLAIR ACCOUNT CODE | OLO | SITE | DOCUMENT NUMBER | OBJECT | DATE | PAYMENT |
|---|---|---|---|---|---|---|
| 55-102540001-55100100-00-08877796 | 550000 | 07 | D2000279436 | 5620 | 11/19/01 | 08279 |

PAYMENT AMOUNT
$ 482,356.85

**DO NOT CASH**

AGENCY DOCUMENT NO
VA70162

VERIZON
10402 N 56TH ST
TEMPLE TERRACE FL 33617

PLEASE DIRECT QUESTIONS TO: (813) 975-6209, DEPARTMENT OF TRANSPORTATION - DISTRICT SEVEN

VENDORS NOW CAN VIEW PAYMENT INFORMATION AT HTTP://FLAIR.DBF.STATE.FL.US

| INVOICE NUMBER | AMOUNT |
|---|---|
| 1 | $ 482,356.85 |



DETACH CAREFULLY AND RETAIN FOR YOUR RECORDS BEFORE CASHING OR DEPOSITING THE WARRANT



| FLAIR ACCOUNT CODE | SWDN | ADN | OBJECT | DATE | WARRANT NO | 63-69 |
|---|---|---|---|---|---|---|
| 55-102540001-55100100-00-08877796 | D2000279436 | VA70162 | 5620 | 11/19/01 | 0827904 | 630 |

OLO 550000 SITE 07 CONTACT (813) 975-6209 FOR PAYMENT QUESTIONS

VOID AFTER 12 MONTHS

## STATE OF FLORIDA
### OFFICE OF COMPTROLLER

4.01 726 32

**AMOUNT**

PAY

FOUR-HUNDRED-EIGHTY-TWO-THOUSAND-THREE-HUNDRED-FIFTY-SIX & 85/100 DOLLARS     $***482,356.85

EXPENSE WARRANT

TO THE ORDER OF:

VERIZON
10402 N 56TH ST
TEMPLE TERRACE FL 33617

VENDOR ID NUMBER

TO: TREASURER OF FLORI
TALLAHASSEE

COMPTROLLER OF FLORIDA

**VZF-0014**

⑈2408279040 3⑈ ⑆063000694⑆ ⑈4 2⑈





**verizon**

10402 N. 56th Street, FLTP1887
Temple Terrace, FL 33617

Phone 813.989.7942

# INVOICE

**BILL TO:** Florida Department of Transportation
Sunny DeCoster, District Utility Engineer
District Seven
11201 N. Mckinley Dr.
Tampa , Fl 33612

**WPI:** 7143200
**SPN:** 10190-3431,
**FAP No:** DPI-0043(1)
**County:** Hillsborough
Segment 4, I-4 From From Branch Forbes Rd. to SR 39

| ESTIMATE SUMMARY | | |
|---|---|---|
| Items | Total | |
| Preliminary Engineering | $ | 36,837 |
| Construction Engineering | $ | 56,824 |
| Construction Labor | $ | 8,757 |
| Materials & Supplies | $ | 195,700 |
| Contract Construction | $ | 332,443 |
| **GROSS RELOCATION COSTS:** | $ | 630,561 |
| **CREDITS** | | |
| * Expired Service Life | (-) $ | 2,408 |
| **TOTAL CREDITS** | (-) $ | 2,408 |
| TOTAL REIMBURSABLE COSTS: | $ | 628,153.00 |
| *Paying Per Agreement* | | 482,356.85 |

SUBMITTED FOR THE AGENCY BY: _R. Bahr_    DATE _10/31/01_

**VZF-0015**

# STATE OF FLORIDA
## OFFICE OF COMPTROLLER
### REMITTANCE ADVICE

4 01 726 330

THIS IS NOT A PAYMENT DEVICE

| FLAIR ACCOUNT CODE | OLO | SITE | DOCUMENT NUMBER | OBJECT | DATE | PAYMENT NO |
|---|---|---|---|---|---|---|
| 55-102540001-55100100-00-08877797 | 550000 | 07 | D2000279437 | 5620 | 11/19/01 | 0827905 |

**PAYMENT AMOUNT**
$ 579,938.40

**DO NOT CASH**

AGENCY DOCUMENT NO
VA70163

VERIZON
10402 N 56TH ST
TEMPLE TERRACE FL 33617

PLEASE DIRECT QUESTIONS TO: (813) 975-6209, DEPARTMENT OF TRANSPORTATION - DISTRICT SEVEN

VENDORS NOW CAN VIEW PAYMENT INFORMATION AT HTTP://FLAIR.DBF.STATE.FL.US

| INVOICE NUMBER | AMOUNT |
|---|---|
| 1 FINAL | $ 579,938.40 |



---

DETACH CAREFULLY AND RETAIN FOR YOUR RECORDS BEFORE CASHING OR DEPOSITING THE WARRANT



| FLAIR ACCOUNT CODE | SWDN | ADN | OBJECT | DATE | WARRANT NO | 63-69/630 |
|---|---|---|---|---|---|---|
| 55-102540001-55100100-00-08877797 | D2000279437 | VA70163 | 5620 | 11/19/01 | 0827905 | |

OLO 550000 SITE 07    CONTACT (813) 975-6209 FOR PAYMENT QUESTIONS

# STATE OF FLORIDA
## OFFICE OF COMPTROLLER

4 01 726 330

VOID AFTER 12 MONTHS

**PAY**

**AMOUNT**

FIVE-HUNDRED-SEVENTY-NINE-THOUSAND-NINE-HUNDRED-THIRTY-EIGHT & 40/100 DOLLARS

$***579,938.40

TO THE ORDER OF:

VERIZON
10402 N 56TH ST
TEMPLE TERRACE FL 33617

VENDOR ID NUMBER

EXPENSE WARRANT

TO: TREASURER OF FLORIDA
TALLAHASSEE

COMPTROLLER OF FLORIDA

**VZF-0016**

⑈2408279050 2⑈ ⑆063000694⑈ ⑈4 2⑈



01 NOV 13 PM 1:35



10402 N. 56th Street, FLTP1887
Temple Terrace, FL 33617

Phone 813.989.7942

# INVOICE

**BILL TO:** Florida Department of Transportation
Sunny DeCoster, District Utility Engineer
District Seven
11201 N. Mckinley Dr.
Tampa , Fl 33612

**WPI:**  7148197
**SPN:**  10190-3409
**County:**  Hillsborough
Segment 1, I-4 From 50 th Street to I-275

| ESTIMATE SUMMARY | | |
|---|---|---|
| Items | Total | |
| Preliminary Engineering | $ | 266,645 |
| Construction Engineering | $ | 181,837 |
| Construction Labor | $ | 14,935 |
| Materials & Supplies | $ | 380,448 |
| Contract Construction | $ | 682,647 |
| **GROSS RELOCATION COSTS:** | $ | 1,526,512 |
| **CREDITS** | | |
| * Expired Service Life | (-) $ | 14,920 |
| * Nonreimbursable | (-) $ | 11,426 |
| **TOTAL CREDITS** | (-) $ | 26,346 |
| **TOTAL REIMBURSABLE COSTS:** | $ 1,500,166.00 | |

*paying*          579,938.40
*per agmt*

SUBMITTED FOR THE AGENCY BY: _R. Bahe_          DATE _10/31/01_

**VZF-0017**